UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ21-381
Plaintiff, )
)
v. )
) DETENTION ORDER
EDWARD ABERCROMBIE )
)
Defendant. )
)

Offenses charged:

1. Prohibited person in possession of a firearm.

Date of Detention Hearing: July 2, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extremely extensive criminal record that dates back to 1986, and includes assault, escape, and federal convictions for felon in possession of a firearm, possession of cocaine base with intent to distribute and carrying a firearm during and in relation to a drug trafficking crime. He violated the terms of his federal supervision three times, and his supervision was ultimately terminated upon request by the Probation Office. The current charge involves possession of two firearms at his residence.

2. Defendant poses a risk of flight on several grounds. There have been 24 warrant issues for failure to appear, including multiple warrants while defendant was under federal supervision. Defendant poses a risk of danger based on his pattern of criminal conduct including violent offenses, and his history of drug use, gun possession and convictions for drug distribution. Defendant further exhibited a pattern of deception during federal supervision with both the Court and the probation office.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 2nd day of July, 2021.

                                           S. KATE VAUGHAN
                                           United States Magistrate Judge